# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

September 7, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Young v. The Hole NYC LLC*,
       Case No.: 1:22-cv-5948

Dear Judge Schofield,

  The undersigned represents Leshawn Young on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, The Hole NYC LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 14, 2022, at 4:00 PM (Dkt. 6) be adjourned for 60 days because although we have been in contact with Counsel for the Defendant, they have not yet answered or appeared in this action. Additionally, the undersigned respectfully requests Your Honor grant the Defendant an additional 30 days to respond to the Complaint until October 7, 2022, so that the Defendant has ample opportunity to appear and defend themselves in this Action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

                      Respectfully submitted,

                      GOTTLIEB & ASSOCIATES

                      */s/Michael A. LaBollita, Esq.*
                      Michael A. LaBollita, Esq.

---

**Application GRANTED in part.** The deadline for Defendant to answer or otherwise respond to the complaint is extended to **October 7, 2022**. The initial pretrial conference scheduled for September 14, 2022, is adjourned to **October 12, 2022, at 4:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333. By **October 5, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.

Dated: September 8, 2022
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**